NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1048

PINE BLUFF SAND & GRAVEL CO., INC.

VERSUS

LOUISIANA COWBOY TOWN, LLC, ET AL.

**********
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 212,080
HONORABLE GEORGE CLARENCE METOYER, JR., DISTRICT JUDGE
**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and John B. Scofield[*], Judges.

AFFIRMED.

Mark A. Watson
Andrew P. Texada
Stafford, Stewart & Potter
Attorney at Law
P. O. Box 1711
Alexandria, LA 71309
(318) 487-4910
Counsel for Plaintiff-Appellant:
Pine Bluff Sand & Gravel Co., Inc.

David J. Krebs
Alberta L. Adams
Andrea A. Mittleider
Krebs, Farley & Pelleteri, LLC
400 Poydras St., Suite 2500
New Orleans, LA 70130
(504) 299-3570
Counsel for Defendant-Appellee:
Fidelity & Deposit Co. of Maryland

---

[*]John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as judge pro tempore.